

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8243

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 21 U.S.C. § 952 and 960 |
| Gabriel Carlos RAMOS, ) | Importation of a Controlled Substance (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about March 17, 2008, within the Southern District of California, defendant Gabriel Carlos RAMOS, did knowingly and intentionally import approximately 30.24 kilograms (66.52 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Renato Gates Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th DAY OF March 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gabriel Carlos RAMOS

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement (ICE) Special Agent Renato Gates.

On March 17, 2008, at approximately 2105 hours, Gabriel Carlos RAMOS, registered owner and sole occupant of a 1996 Isuzu Rodeo bearing California license plate 3UEM582 entered the United States from the Republic of Mexico via the Calexico, CA West Port of Entry.

Customs & Border Protection Officer (CBPO) C. Estrada made contact with RAMOS as he applied for entry into the United States. RAMOS had nothing to declare and said he was the registered owner of the vehicle. CBPO Estrada noticed RAMOS was repeatedly readjusting the radio's volume, he avoided eye contact, and his lips trembled when he would answer her questions. As the defendant and vehicle were being referred to the Vehicle Secondary Lot for further inspection, RAMOS stated he was okay with going to secondary as he is sent back often.

CBPO E. Sabori approached the Isuzu Rodeo and received a negative oral Customs declaration from the driver, RAMOS. CBPO Sabori asked RAMOS about the vehicle he was driving and RAMOS said has owned the vehicle for 1 month. RAMOS said he was in Mexicali, Mexico visiting his aunt and was going to visit his girlfriend in Calexico.

CBPO E. Leon utilized his Human and Narcotic Detector Dog (HNDD) to screen the Isuzu Rodeo. CBPO Leon's HNDD alerted to the vehicle and responded by sitting. CBPO Leon informed CBPO Sabori of the alert.

CBPO F. Iniguez conducted a search of the vehicle, which revealed 38 packages concealed within the rocker panels, front fenders, four doors and the tailgate. CBPO Iniguez probed one of the packages, producing a green leafy substance, which field-tested positive for marijuana. The approximate weight of the packages was 30.24 kilograms (66.52 pounds) of marijuana.