2008 APR -1 PM 12:41

KMH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 0985 -JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of Marijuana; |
| GABRIEL CARLOS RAMOS, ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| ) | Possession of Marijuana with |
| Defendant. ) | Intent to Distribute |

The grand jury charges:

Count 1

On or about March 17, 2008, within the Southern District of California, defendant GABRIEL CARLOS RAMOS did knowingly and intentionally import approximately 30.24 kilograms (approximately 66.52 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:nlv:Imperial
3/31/08

## Count 2

On or about March 17, 2008, within the Southern District of California, defendant GABRIEL CARLOS RAMOS did knowingly and intentionally possess, with intent to distribute, approximately 30.24 kilograms (approximately 66.52 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2