1    **HANNI M. FAKHOURY**
     California Bar No. 252629
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
     225 Broadway, Suite 900
3    San Diego, California  92101-5008
     Telephone:  (619) 234-8467
4    Hanni_Fakhoury@fd.org

5    Attorneys for Mr. Ramos

6

7

8                        UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE JOHN A. HOUSTON)**

11   UNITED STATES OF AMERICA,          )    CASE NO.: 08CR0985-JAH
                                         )
12                  Plaintiff,           )    DATE: May 12, 2008
                                         )    TIME: 8:30 a.m.
13   v.                                  )
                                         )    NOTICE OF MOTIONS AND MOTIONS:
14   GABRIEL CARLOS RAMOS,               )
                                         )    (1)    TO COMPEL DISCOVERY;
15                  Defendant.           )    (2)    PRESERVE EVIDENCE; AND
                                         )    (3)    FOR LEAVE TO FILE FURTHER
16   _____)           MOTIONS

17   **TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**
     **CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY**
18

19          PLEASE TAKE NOTICE that on May 12, 2008, at 8:30 a.m., or as soon thereafter as counsel may

20   be heard, defendant, Gabriel Carlos Ramos, by and through his attorneys, Hanni M. Fakhoury and Federal

21   Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

**MOTIONS**

2       Defendant, Gabriel Carlos Ramos, by and through his attorneys, Hanni M. Fakhoury and Federal

3  Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

4  of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5       (1)     Compel Discovery;

6       (2)     Preserve Evidence; and

7       (3)     Grant Leave to File Further Motions.

8       These motions are based upon the instant motions and notice of motions, the attached statement of

9  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

10  any and all other materials that may come to this Court's attention prior to or during the hearing of these

11  motions.

12                                          Respectfully submitted,

13

14  Dated: April 28, 2008                    *s/ Hanni M. Fakhoury*
                                            **HANNI M. FAKHOURY**
15                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Ramos

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | **CERTIFICATE OF SERVICE**

2 |     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3 | information and belief, and that a copy of the foregoing document has been served this day upon:

4 | Carlos Arguello
Assistant United States Attorney

5 | 880 Front Street
Room 6293

6 | San Diego, CA 92101
(619) 557-5610

7 | Fax: (619) 557-3445
Email: Carlos.Arguello2@usdoj.gov

8 |

9 |

Dated: April 28, 2008                             /s/ *Hanni Fakhoury*

10 |                                           HANNI M. FAKHOURY
Federal Defenders

11 | 225 Broadway, Suite 900
San Diego, CA 92101-5030

12 | (619) 234-8467  (tel)
(619) 687-2666  (fax)

13 | e-mail: Hanni_Fakhoury@fd.org

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |